IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ABEL MORENO SANTOYO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-390 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

This cause has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1) and (3), and having considered same, is of the opinion that movant states one or more factual allegations which, if true, may state a cause of action under 28 U.S.C. § 2255. It is, therefore,

**ORDERED** that the Clerk of Court shall issue process and the government shall have sixty (60) days from the date of service of process to answer the Motion to Vacate, Set Aside or Correct Sentence in full compliance with Rule 5 of the Rules Governing Section 2255 Cases in the United States District Courts, and show cause why relief prayed for should not be granted. Pursuant to Rule 5, the government shall include in its answer that portion of the record deemed relevant.

SIGNED this 11th day of September, 2019.

_____
Zack Hawthorn
United States Magistrate Judge